249 F.2d 318
 UNITED STATES of America
v.
110.69 ACRES OF LAND IN ATCHISON COUNTY, KANSAS, et al.
 No. 5697.
 United States Court of Appeals Tenth Circuit.
 Aug. 5, 1957.
 
 William C. Farmer, U.S. Atty., and Charles W. Ward, Asst. U.S. Atty., Topeka, Kan., and Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Atty., Department of Justice, Washington, D.C., for appellant.
 Lawrence R. Brown, Kansas City, Mo., John E. Buehler, Balie P. Waggener, Maurice P. O'Keefe, Sr., Maurice P. O'Keefe, Jr., Atchison, Kan., and James Yates, Kansas City, Kan., for appellees.
 BRATTON, Chief Judge.
 
 
 1
 Docketed and dismissed pursuant to stipulation of the parties.